UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CROCS, INC., a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 3:22-cv-01842-BEN-MDD<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**[ECF No. 4]** |

On November 23, 2022, Plaintiff Miguel Esparza and Defendant Crocs, Inc., filed a Joint Motion for Extension of Time for Defendant to Respond to Plaintiff's Complaint (the "Joint Motion"). ECF No. 4. Good cause appearing, the Court **GRANTS** the Joint Motion. Accordingly, Defendant Crocs, Inc., shall file its responsive pleading on or before December 29, 2022.

**IT IS SO ORDERED.**

Dated: November 29, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**HON. ROGER T. BENITEZ**
　　　　　　　　　　　　　　　　　　　　United States District Judge