1  PACIFIC TRIAL ATTORNEYS
   A Professional Corporation
2  Scott J. Ferrell, Bar No. 202091
   sferrell@pacifictrialattorneys.com
3  Victoria C. Knowles, Bar No. 277231
   vknowles@pacifictrialattorneys.com
4  4100 Newport Place Drive, Ste. 800
   Newport Beach, CA 92660
5  Tel: (949) 706-6464
   Fax: (949) 706-6469
6
7  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA, individually and on behalf of all others similarly situated, | Case No. 3:22-cv-01842-BEN-MDD<br>Assigned to Hon. Roger T. Benitez |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| CROCS, INC., a Delaware corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | Complaint Filed: October 21, 2022 |

1 | **TO THE COURT, CLERK AND TO ALL PARTIES OF RECORD:**

2 | **PLEASE TAKE NOTICE** that the parties have reached a settlement of the
3 | above-captioned matter and are in the process of executing the actions required by the
4 | agreement. It is anticipated that request for dismissal in accordance with Rule
5 | 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure will be filed within forty-five
6 | (45) days of the date of this Notice.

8 | Dated: December 27, 2022     PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
  Scott J. Ferrell
  Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2022, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.