1  **KELLEY DRYE & WARREN LLP**
Becca J. Wahlquist (SBN 215948)
2  350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
3  Telephone: (213) 547-4900
Facsimile: (213) 547-4901
4  bwahlquist@kelleydrye.com

5  *Attorneys for Defendant Crocs, Inc.*

6  **PACIFIC TRIAL ATTORNEYS**
7  Scott J. Ferrell (SBN 202091)
4100 Newport Place Drive, Suite 800
8  Newport Beach, CA 92660
Telephone: (949) 706-6464
9  Facsimile:  (949) 706-6469
sferrell@pacifictrialattorneys.com

*Attorneys for Plaintiff Miguel Esparza*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MIGUEL ESPARZA,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CROCS, INC.**, a Delaware limited liability company; and **DOES 1 through 10**, inclusive.,<br><br>Defendants. | Case No. 3:22-cv-01842-BEN-MDD<br><br>[Assigned to Hon. Roger T. Benitez]<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>[Filed concurrently with Proposed Order] |

CASE NO. 3:22-CV-01842-BEN-MDD
JOINT MOTION FOR DISMISSAL WITH PREJUDICE

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF**
2  **RECORD:**

3   Pursuant to Civil Rule 7.2, Plaintiff Miguel Esparza ("Plaintiff") and
4  Defendant Crocs, Inc. ("Defendant" and together with Plaintiff, the "Parties")
5  hereby submit this Joint Motion for Dismissal with Prejudice (the "Joint Motion").
6  The Parties have agreed to settle the above-captioned action.

7   Pursuant to this Joint Motion, the Parties agree and stipulate that the entire
8  action shall be dismissed with prejudice as to all claims and parties pursuant to
9  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and further agree that each party
10 shall bear its own costs and attorneys' fees.

11 DATED: February 8, 2023                PACIFIC TRIAL ATTORNEYS
                                          Scott J. Ferrell

14                                        By:  */s/ Scott J. Ferrell*
                                               Scott J. Ferrell
15                                        Attorneys for Plaintiff Miguel Esparza

17                                        KELLEY DRYE & WARREN LLP
18                                        Becca J. Wahlquist

20                                        By:  */s/ Becca J. Walhquist*
21                                             Becca J. Wahlquist
                                          Attorneys for Defendant Crocs, Inc.

2
CASE NO. 3:22-CV-01842-BEN-MDD
JOINT MOTION FOR DISMISSAL WITH PREJUDICE

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 8, 2023, I electronically filed the foregoing JOINT MOTION FOR DISMISSAL WITH PREJUDICE with the United States District Court for the Southern District of California by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

DATED: February 8, 2023                Respectfully submitted,

                                       */s/ Becca J. Wahlquist*
                                       Becca J. Wahlquist (SBN 215948)