# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CROCS, INC., a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 22cv1842-JO-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Having considered Plaintiff Miguel Espara ("Plaintiff") and Defendant Crocs, Inc.'s ("Defendant" and together with Plaintiff, the "Parties") joint motion to dismiss the entire action with prejudice as to all claims and parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby grants the Joint Motion and orders the action dismissed in its entirety, with prejudice. Each party shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: 3/31/23

Honorable Jinsook Ohta
United States District Judge